| | |
|---|---|
| 1 | Debra A. Miller, Esq. (IN #27254-49) |
| | (admitted *Pro Hac Vice*) |
| 2 | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| 3 | Zionsville, IN 46077 |
| | Telephone: 317-363-2400 |
| 4 | Fax: 317-363-2257 |
| | E-Mail: dmiller@schuckitlaw.com |
| 5 | *Lead Counsel for Defendant Trans Union, LLC* |

*(reformatted as list)*

1. Debra A. Miller, Esq. (IN #27254-49)
   (admitted *Pro Hac Vice*)
2. Schuckit & Associates, P.C.
3. 4545 Northwestern Drive
   Zionsville, IN 46077
4. Telephone: 317-363-2400
   Fax: 317-363-2257
5. E-Mail: dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

PIERS ANTHONY BLEWETT,
    Plaintiffs,

vs.

COMCAST CABLE COMMUNICATION, LLC;
DIVERSIFIED CONSULTANTS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
and TRANS UNION LLC;
    Defendants.

) CASE NO. 5:17-cv-01508-EJD
)
) **STIPULATION AND**
) **[PROPOSED] ORDER TO**
) **EXTEND ADR DEADLINE**
)

Defendants Comcast Cable Communications, LLC ("Comcast"), Diversified Consultants, Inc. ("Diversified"), Equifax Information Services, LLC ("Equifax"), Trans Union, LLC ("Trans Union") and Plaintiff (collectively, the "Parties"), by their respective counsel, hereby stipulate and respectfully request that the Court extend the alternative dispute resolution ("ADR") deadline by 30 days. In support of this Stipulation, the Parties state:

**1182391.1 STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE – 5:17-CV-01508-EJD**

1. This case was filed on March 20, 2017. See Doc. No. 1.

2. Pursuant to the Stipulation And Order Selecting ADR Process [Doc. No. 42], the Parties are to complete ADR by August 29, 2017.

3. The Parties state that good cause exists to extend the deadline to complete ADR, as they have been unable to arrange a mutually-agreeable date for ADR within the current deadline, but are all available to conduct ADR on September 27, 2017.

4. Further, the Parties are in the early stages of discovery and are continuing to collect information relevant to the case, which will facilitate more productive settlement discussions both before and during the mediation session.

5. The Parties request that the Court extend the ADR deadline by 30 days so that they may have more time to engage in direct settlement negotiations and conduct necessary discovery before completing ADR.

6. The Court's appointed Mediator, George Wailes, consents to and supports the Parties' extension request.

7. This is the first extension requested by any Party.

WHEREFORE the Parties respectfully request that the Court extend the deadline to complete ADR by 30 days.

Respectfully submitted,

Dated: August 16, 2017  　　　　　　　　/s/ Stephanie R. Tatar (with consent)
　　　　　　　　　　　　　　　　　　　　Stephanie R. Tatar, Esq.
　　　　　　　　　　　　　　　　　　　　Tatar Law Firm, APC
　　　　　　　　　　　　　　　　　　　　3500 West Olive Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　　Burbank, CA 91505
　　　　　　　　　　　　　　　　　　　　Telephone: 323-744-1146
　　　　　　　　　　　　　　　　　　　　E-Mail: stephanie@thetatarlawfirm.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Piers Anthony Blewett*

| | | |
|---|---|---|
| 1 | Dated: <u>August 16, 2017</u> | */s/ Jill B. Rowe (with consent)* |
| 2 | | Jill Battilega Rowe, Esq. |
| 3 | | Cooper White & Cooper LLP |
| | | 201 California Street, 17th Floor |
| 4 | | San Francisco, CA 94111 |
| 5 | | Telephone: 415-433-1900 |
| | | E-Mail: jrowe@cwclaw.com |
| 6 | | |
| 7 | | *Counsel for Defendant Comcast Cable Communications, LLC* |
| 8 | Dated: <u>August 16, 2017</u> | */s/ Debbie P. Kirkpatrick (with consent)* |
| 9 | | Debbie Paulerio Kirkpatrick, Esq. |
| | | Sessions Fishman Nathan & Israel, LLP |
| 10 | | 1545 Hotel Circle South, Suite 150 |
| 11 | | San Diego, CA 92108 |
| | | Telephone: 619-758-1891 |
| 12 | | E-Mail: dkirkpatrick@sessions.legal |
| 13 | | *Counsel for Defendant Diversified Consultants, Inc.* |
| 14 | Dated: <u>August 16, 2017</u> | */s/ Thomas P. Quinn, Jr. (with consent)* |
| 15 | | Thomas P. Quinn, Jr., Esq. |
| | | Nokes & Quinn APC |
| 16 | | 410 Broadway, Suite 200 |
| 17 | | Laguna Beach, CA 92651 |
| | | Telephone: 949-376-3500 |
| 18 | | E-Mail: tquinn@nokesquinn.com |
| 19 | | *Counsel for Defendant Equifax Information Services, LLC* |
| 20 | | |
| 21 | Dated: <u>August 16, 2017</u> | */s/ Debra A. Miller* |
| | | Debra A. Miller, Esq. (IN #27254-49) |
| 22 | | (admitted *Pro Hac Vice*) |
| 23 | | Schuckit & Associates, P.C. |
| | | 4545 Northwestern Drive |
| 24 | | Zionsville, IN 46077 |
| | | Telephone: 317-363-2400 |
| 25 | | Fax: 317-363-2257 |
| | | E-Mail: dmiller@schuckitlaw.com |
| 26 | | *Lead Counsel for Defendant Trans Union, LLC* |
| 27 | | |
| 28 | | *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |

**1182391.1 STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE – 5:17-CV-01508-EJD**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Parties' deadline to complete ADR is hereby extended by 30 days.

Date: August 17, 2017

_____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Robert S. Sola, Esq.<br>rssola@msn.com | Stephanie R. Tatar, Esq.<br>stephanie@thetatarlawfirm.com |
| Jill Battilega Rowe, Esq.<br>jrowe@cwclaw.com | Debbie Paulerio Kirkpatrick, Esq.<br>dkirkpatrick@sessions.legal |
| Thomas P. Quinn, Jr., Esq.<br>tquinn@nokesquinn.com | Debra A. Miller, Esq.<br>dmiller@schuckitlaw.com |
| David James Streza, Esq.<br>dstreza@vmbllp.com | |