Robert J. Schuckit, Esq.  (IN #15342-49)
   (admitted *Pro Hac Vice*)
Debra A. Miller, Esq.  (IN #27254-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com
         dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PIERS ANTHONY BLEWETT,<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COMCAST CABLE COMMUNICATION, LLC;<br>DIVERSIFIED CONSULTANTS, INC.;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>and TRANS UNION LLC;<br>　　　　Defendants. | CASE NO. 5:17-cv-01508-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

　　　　Plaintiff Piers Anthony Blewett ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:17-CV-01508-EJD**

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Date: <u>October 19, 2017</u> | <u>*s/ Stephanie R. Tatar (with consent)*</u> |
| | | Stephanie R. Tatar, Esq. |
| 4 | | Tatar Law Firm, APC |
| | | 3500 West Olive Avenue, Suite 300 |
| 5 | | Burbank, CA 91505 |
| 6 | | Telephone: 323-744-1146 |
| | | Fax: 888-778-5695 |
| 7 | | E-Mail: stephanie@thetatarlawfirm.com |
| 8 | | |
| | | Robert S. Sola, Esq. |
| 9 | | Robert S. Sola, P.C. |
| | | 1500 SW First Avenue, Suite 800 |
| 10 | | Portland, OR 97201 |
| | | Telephone: 503-295-6880 |
| 11 | | Fax: 503-243-4546 |
| 12 | | E-Mail: rssola@msn.com |
| 13 | | *Counsel for Plaintiff Piers Anthony Blewett* |
| 14 | | |
| 15 | Date: <u>October 19, 2017</u> | <u>*s/ Debra A. Miller*</u> |
| | | Robert J. Schuckit, Esq. (IN #15342-49) |
| 16 | | (admitted *Pro Hac Vice*) |
| | | Debra A. Miller, Esq. (IN #27254-49) |
| 17 | | (admitted *Pro Hac Vice*) |
| 18 | | Schuckit & Associates, P.C. |
| | | 4545 Northwestern Drive |
| 19 | | Zionsville, IN 46077 |
| | | Telephone: 317-363-2400 |
| 20 | | Fax: 317-363-2257 |
| | | E-Mail: dmiller@schuckitlaw.com |
| 21 | | *Lead Counsel for Defendant Trans Union, LLC* |
| 22 | | David Streza, Esq. (CSB #209353) |
| | | Vogl Meredith Burke LLP |
| 23 | | 456 Montgomery Street, 20th Floor |
| | | San Francisco, CA 94104 |
| 24 | | Telephone: 415-398-0200 |
| | | Fax: 415-398-2820 |
| 25 | | E-Mail: dstreza@vmbllp.com |
| 26 | | *Local Counsel for Defendant Trans Union, LLC* |
| 27 | | *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |
| 28 | | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:17-CV-01508-EJD**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Piers Anthony Blewett and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____  _____
JUDGE, United States District Court, Northern District of California

| | |
|---|---|
| Robert S. Sola, Esq.<br>rssola@msn.com | Stephanie R. Tatar, Esq.<br>stephanie@thetatarlawfirm.com |
| Debbie P. Kirkpatrick, Esq.<br>dkirkpatrick@sessions.legal | James K. Schultz, Esq.<br>jschultz@sessions.legal |
| Jill B. Rowe, Esq.<br>jrowe@cwclaw.com | Thomas P. Quinn, Jr.<br>tquinn@nokesquinn.com |
| David J. Streza, Esq.<br>dstreza@vmbllp.com | Robert J. Schuckit, Esq.<br>rschuckit@schuckitlaw.com |
| Debra A. Miller, Esq.<br>dmiller@schuckitlaw.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:17-CV-01508-EJD**