# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERS ANTHONY BLEWETT<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC, et al.<br><br>Defendants. | Case No. 5:17-CV-01508-EJD<br><br>**[~~PROPOSED~~ ORDER]**<br>**STIPULATION TO DISMISS** |

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that Defendant Equifax Information Services LLC is dismissed with prejudice, with each party to bear his/its own attorney's fees, costs and expenses incurred.

SO ORDERED:

_____

Dated:  December 1, 2017            EDWARD J. DAVILLA,   U.S.D.J.